**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 12-cv-01829-JLK

MERRILL LYNCH INTERNATIONAL FINANCE, INCORPORATED, and
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,

    Plaintiffs,

v.

KRISTI LENDERMAN,

    Defendant.

---

**AMENDED DEFAULT JUDGMENT**

---

Pursuant to and in accordance with Fed. R. Civ. P. 55(b)(1) and the Order [Docket No. 12] entered by Judge John L. Kane on October 17, 2012, incorporated herein by reference, it is

ORDERED that the Plaintiffs' Motion For Clerk's Entry Of Default Judgment (Filed 10/16/12; Doc. No. 11) is GRANTED. It is

FURTHER ORDERED that default judgment is hereby entered in favor of Plaintiffs, Merrill Lynch International Finance, Incorporated and Merrill Lynch, Pierce, Fenner & Smith Incorporated, and against Defendant, Kristi Lenderman. It is

FURTHER ORDERED that Plaintiffs is awarded $30,614.51 in compensatory damages plus 3.0% interest from December 1, 2010, $5,013.75 in attorney fees, and $3,118.81 in costs pursuant to the FINRA Arbitration Award issued on July 12, 2011.

Dated this 26th day of October, 2012.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK


    By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk


STATE OF COLORADO SUPREME COURT BOARD OF CONTINUING LEGAL AND JUDICIAL EDUCATION
1560 Broadway, Suite 1820
Denver, CO 80202